**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
JOSHUA KNIGHT et al.,

                Plaintiffs,

  -against-                                            22 **CIVIL** 4592 (NSR)

## JUDGMENT

INTERNATIONAL BUSINESS MACHINES
CORPORATION et al.,

                Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 4, 2024, the Defendants' motion to dismiss the Amended Complaint is GRANTED and all claims are dismissed with prejudice as time-barred under the applicable statute of limitations; accordingly, the case is closed.

**Dated:** New York, New York

      April 4, 2024

                                                            **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                              **BY:**      *K. Mango*

                                                                **Deputy Clerk**